IN RE APPLICATION OF WANG.

[Cite as *In re Application of Wang* (1994), 70 Ohio St.3d 677.]

(No. 94–1446—Submitted August 17, 1994—Decided November 9, 1994.)

678

*Donald Z. Wang, pro se.*

*Jeffrey D. Van Niel,* Special Investigator for the Board of Commissioners on Character and Fitness.

---

*Per Curiam.*  We hereby adopt the findings, conclusions and recommendations of the board.  Accordingly, applicant is disapproved and may not sit for the Ohio bar examination prior to February 1995.  Furthermore, in order to sit for the February 1995 bar exam, applicant must file an Application to Take the Bar Examination with the Admissions Office of the Supreme Court.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.